*Toni M. Smith-Rosario,* deputy assistant state's attorney, in opposition.

Decided September 29, 1998

## RICHARD GILLIS *v.* WHITE OAK CORPORATION ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 49 Conn. App. 630 (AC 17446), is denied.

*Scott Wilson Williams,* in support of the petition.

*Ross T. Lessack,* in opposition.

Decided September 29, 1998

## IN RE MICHAEL R.

The respondent Leroy R.'s petition for certification for appeal from the Appellate Court, 49 Conn. App. 510 (AC 17630), is denied.

*David B. Rozwaski,* in support of the petition.

*Mary-Anne Ziewacz Mulholland,* assistant attorney general, in opposition.

Decided September 29, 1998

## LISA PRICE-CROWLEY *v.* MICHAEL KOZLOWSKI, COMMISSIONER OF MOTOR VEHICLES

The plaintiff's petition for certification for appeal from the Appellate Court, 49 Conn. App. 481 (AC 17258), is denied.

BERDON, J., dissenting. I would grant the plaintiff's petition for certification to appeal.